IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEHDI MOINI,
           Plaintiff,

-vs-                                      Case No. A-10-CA-180-SS

UNIVERSITY OF TEXAS AT AUSTIN;
WILLIAM C. POWERS, JR. in His Official
Capacity as President; STEPHEN F. MARTIN;
RICHARD B. QUY, and JENNIFER S.
BRODBELT,
           Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the Complaint remains pending before the Court without proof of service of process upon or response by defendants, and further noting that service of the complaint and summons shall be made upon a defendant within 120 days after the filing of the complaint (Fed. R. Civ. P. 4(m)), the Court enters the following order:

    IT IS ORDERED that plaintiff shall file proof of service with the Clerk of this Court on or before July 12, 2010. Failure to so respond will result in the dismissal of the entire cause for failure of plaintiff to prosecute or to comply, pursuant to Fed. R. Civ. P. 41(b).

SIGNED this the 10th day of June 2010.

_____
UNITED STATES DISTRICT JUDGE