CTH 6/25/10
@8:00AM

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Mehdi Moini <br> *Plaintiff* <br> v. <br> University of Texas at Austin, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. **A10CA180 SS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William C. Powers, Jr.
in his capacity as President of
The University of Texas at Austin
1 University Station
MAI 400
Austin TX 78712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kala S. Dumont
Gaul and Dumont
924 Camaron
San Antonio TX 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM G. PUTNICKI**
CLERK OF COURT

Date: MAR 22 2010

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William C. Powers, Jr, President of The University of Texas
was received by me on *(date)* 6/25/10

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* AFFIDAVIT ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 75.00

I declare under penalty of perjury that this information is true.

Date: 6/29/10

X _____
Server's signature

Jeff Keyton SCH-0735
Printed name and title

807 Rio Grande Ste 103
Austin, TX 78701
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

Came to hand on the 25th day of June, 2010, at 8:00 o'clock am.
Cause No. A10CA180 SS

Executed at 1 University Station, Main Building 400 Austin, Texas 78713 within the County of Travis at 8:45 o'clock am on the 29th day of June, 2010, by delivering to the within named:

WILLIAM C. POWERS, JR. in his capacity as President of The University of Texas at Austin, by delivering to his Executive Assistant, KATHY BARTSCH, in person, a true copy of this Summons in a Civil Action together with Plaintiff's Original Complaint, and Plaintiff's First Amended Original Complaint, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| MEHDI MOINI, | By: /s/ Jeff Keyton ID# SCH-735 |
| Plaintiff | (Authorized Person) |
| V. | THOMAS PROCESS |
| UNIVERSITY OF TEXAS AT AUSTIN, ET AL | 809 Rio Grande Street |
| | Suite 103 |
| Defendant | Austin, Texas 78701 |
| | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 29th day of June, A.D., 2010.

NOTARY PUBLIC, STATE OF TEXAS

[Notary seal: BILL THOMAS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-19-2012]

49636/Moini