# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MEHDI MOINI, | § | |
|     *Plaintiff*, | § | CIV. ACTION NO. 1:10-CV-00180-SS |
| | § | |
| V. | § | |
| | § | |
| THE UNIVERSITY OF TEXAS AT | § | |
| AUSTIN, ET AL. | § | |
|     *Defendants*. | § | |

## DEFENDANTS' WITNESS LIST

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:

Defendants, The University of Texas at Austin (the "University") and William C. Powers, Jr. (in his official capacity as President) (collectively, the "University Defendants"), file the following list of proposed witnesses:

1. Stephen F. Martin, Ph.D.
   Professor, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-232-2168

2. Richard B. Quy, Ph.D.
   Director, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-471-6835

3. Jennifer S. Brodbelt, Ph.D.
   Professor, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-471-0041

4. Steven W. Leslie, Ph.D.
   Executive Vice President and Provost
   The University of Texas at Austin
   1 University Station G1000
   Austin, TX 78712-0538
   512-471-4363

5. Linda H. Millstone,
   Associate Vice President for Institutional Equity and Workforce Diversity
   The University of Texas at Austin
   P.O. Box 7609
   Austin, TX 78713-7609
   512-471-7609

6. Eric Anslyn, Ph.D.
   Professor, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-471-4781

7. Grant Willson, Ph.D
   Professor, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-471-4342

8. John Baxendale
   Assistant Director, Chemistry & Biochemistry
   The University of Texas at Austin
   1 University Station A5300
   Austin, TX 78712-0165
   512-471-2401

9. Mehdi Moini, Ph.D., Plaintiff
   c/o Kala S. Dumont
   Law Offices of Gaul & Dumont
   924 Camaron
   San Antonio, Texas 78212
   210-225-0685

The University Defendants reserve the right to call any witness designated by the Plaintiff and rebuttal witnesses.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division


   /s/   Darren G. Gibson
**DARREN G. GIBSON**
Texas Bar No. 24068846
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
Office of the Attorney General
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Witness List was served via *the CM/ECF system* on May 27, 2011, to:

Kala S. Dumont
Law Offices of Gaul and Dumont
924 Camaron
San Antonio, Texas 78212
*Attorney for Plaintiff*

   /s/   Darren G.  Gibson
**DARREN G. GIBSON**
Assistant Attorney General