IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEHDI MOINI,
    Plaintiff,

-vs-                                            Case No. A-10-CA-180-SS

UNIVERSITY OF TEXAS AT AUSTIN;
WILLIAM C. POWERS, JR. in His Official
Capacity as President; STEPHEN F. MARTIN;
RICHARD B. QUY, and JENNIFER S.
BRODBELT,
    Defendants.

## AMENDED JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the defendants, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Mehdi Moini TAKE NOTHING in this cause against the defendants University of Texas at Austin, and William C. Powers, Jr., and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 1st day of June 2011.

                                                  SAM SPARKS
                                                  UNITED STATES DISTRICT JUDGE

180 judgment mjh.wpd