

# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

2011032806038319

2011 MAR 25 PM 2:11

## INVOICE

| 3/25/2011 | 7870 |

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

1;10-CV-00180-SS

Mehdi Moini
vs.
The University of Texas at Austin, et al.

All invoices are due and payable in Travis County, Texas.
Make checks payable to Integrity Legal Support Solutions.
Send checks to the address listed above.
Tax ID# ▮▮▮▮▮▮▮ HUB # 1201005853000
Vendor ID# 1201005853  PO# 302-7-1443

| 103205662 | Due upon receipt |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 3/7/2011 | Atty: Darren G. Gibson | | | |
| | 1.5 - Original & Complimentary Copy - Mehdi Moini | 310 | 4.95 | 1,534.50 |
| | 1.6 - Condensed Transcript with Index | 1 | 0.00 | 0.00 |
| | 1.17 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 108 | 1.00 | 108.00 |
| | 1.18 - Copying Pages in Exhibit in Excess of 50 Pages | 206 | 0.30 | 61.80 |
| | 1.25 - Transcript/Exhibit Binding | 3 | 0.00 | 0.00 |
| | 1.27 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.40 - Exhibits Digitized to CD/DVD | 1 | 0.00 | 0.00 |
| | 2.4 - Filing Fee | 1 | 30.00 | 30.00 |
| | Shipping/Handling - Original to Witness | 1 | 20.00 | 20.00 |

Sent to: Ginger Morris  On: 03-28-11
This invoice has been received by Accounts Payable and appears to be a court cost expense. Please review and indicate your approval/disapproval for payment. Return to A/P in 5 days.
__ Approved by: _____ Date: 3/29/11
Case #: 103205662
__ Disapproved ___ Not our case ___ Not allowable or appropriate charges (you must provide a written explanation that A/P will forward to vendor)
Contact Kyle Garcia @ 475-3571  fax 397-1645

Thank you for your business.

**TOTAL**  $1,754.30

| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

# INVOICE

G G & P LLC DBA
**Premiere Overnite Copy Service**
1223 E. Houston
San Antonio, TX 78205
(210) 527-0295 Telephone
(210) 527-0296 Fax

Moim of

| DATE | INVOICE # |
|---|---|
| 8/30/2010 | 41761 |

**BILL TO**
Office of The Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711-2548
Attn: Darren Gibson

**SHIP TO**

| ORDER BY | TERMS | REP | SHIP DATE | SHIP VIA | JOB/PROJECT # |
|---|---|---|---|---|---|
| Darren Gibson | Net 15 | H | 8/30/2010 | | 08126 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| | AG# 102305662 | | |
| Light | Light Litigation | 1,181 | 118.10T |
| Postage | Postage | 1 | 10.95 |
| | Charge# 36A-2008-00322 | | |
| | Originals Provided by EEOC-SA | | 0.00 |

*[signature] Darren Gibson AG# 103205662*

THANK YOU FOR YOUR BUSINESS & SUPPORT!!
Tax ID # ▬▬▬

| TOTAL | $129.05 |
|---|---|

ITEMS DELIVERED: _____
RECEIVED BY: _____  DELIVERED BY: _____
PLEASE PAY FROM THIS INVOICE
Your signature above is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 15 days. All invoices are due upon receipt. Customer agrees to pay legal fees incurred in the collection of past due accounts.



# Texas Workforce Commission
## Austin, Texas
### Open Records - Invoice

copy

2010058130020195

**Client Mailing Address:**

Attorney General of Texas
P.O. box 12548

Austin                TX 78711-2548

**Invoice Address (if other than client address):**

2010 AUG 13  AM 10: 59

ATTORNEY GENERAL
ACCOUNTING DIV

| | |
|---|---|
| Request Order #: 100804-017 | 650-08-348 |
| Subject Reference: Mehdi Moini | Date Information Released: |
| Request Rec'd Date: 8/4/2010 | Invoice Date: 8/11/2010 |
| | Total Charges: $15.00 |
| | Amount Paid: $0.00 |
| | Date Paid: |
| | Balance Due: $15.00 |

**Comment**

Make Payable To: Texas Workforce Commission - Controller

101 E. 15th St., Rm. 0218
Austin, Texas 78778-0001
Questions To: David Summers

TDD 1-800-735-2989
TWC's FEIN: ▉▉▉▉
RTI Code: 101401
Phone #: 512-463-2423
Fax #: 512-463-2990

✂ Cut here and return bottom portion with payment

---

**Please return this portion with payment**

Please include Request Job  100804-017  on your check by: 8/26/2010

Payment From:
Requester Name: Darren G. Gibson  CAO
Street Address 1: P.O. box 12548
Street Address 2:
Street Address 3:
City: Austin    State: TX   Zip 78711-2548

Send Payment To:
Texas Workforce Commission - Controller
101 E. 15th St., Rm. 0218
Austin, Texas 78778-0001

Assigned To: David Summers

Accounting has received this invoice.
~~Please confirm that the service has~~
~~been provided by signing & dating~~
(date service completed)

D. H. H. [signature]

AG#103205662
320 0667
Ginger Morris

Return to: PAM McANDREWS
Fax: 397-1645
within 5 days of receipt.
Date A/P sent for approval  8/13

## Itemized Search Items

**Certification Charges**

Certification Charges

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 1 | @$15.00 first unit + @$5.00 /add'l Units | $15.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $15.00 |

**Civil Right Division (stored remotely)**

staff labor time at $18 plus 10

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.10 /page | $0.00 |
| Units: | 0 | @$0.00 /Unit | $0.00 |
| Labor Hours: | 0 | @$18.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $0.00 |

Please mail your payment of the Balance Due Amount to the address listed above. Please reference the TWC Request # listed above on your payment. Failure to properly identify payment will result in delays.

Records will be mailed to the Client Mailing address listed above upon receipt of payment unless you schedule an appointment to pick-up records with the individual listed above. Records will not be released until full payment is received.